DANIEL BRODERICK, Bar #89424
Acting Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICARDO GUTIERREZ-RUVALCABA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-103-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | ORDER |
| ) | |
| RICARDO GUTIERREZ-RUVALCABA, ) | |
| ) | Date:  June 9, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

   The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 2, 2006, be continued until June 9, 2006.  In addition, the parties stipulate that the time period from June 2, 2006, to June 9, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the

1

reasonable time to prepare.

Defense counsel is currently out of town and will need time to review discovery with the defendant and to investigate this case. Defense counsel must also discuss the case with the government to determine if the case will resolve or if a trial date will be set.

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 1, 2006                          Respectfully submitted,

McGREGOR W. SCOTT                            DANIEL BRODERICK
United States Attorney                       Acting Federal Defender


/s/ Matthew Stegman                          /s/ Livia Morales
WILLIAM WONG                                 LIVIA MORALES
Assistant U.S. Attorney                      Staff Attorney
Attorney for United States                   Attorney for
                                             RICARDO GUTIERREZ-RUVALCABA

Stip. To Continue Status            2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-103-EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME; |
| v. | ) | PROPOSED ORDER |
| | ) | |
| RICARDO GUTIERREZ-RUVALCABA, | ) | |
| | ) | Date:   June 9, 2006 |
| Defendant. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Hon. Edward J. Garcia |
| _____ | ) | |

   For the reasons set forth in the stipulation of the parties, filed on June 1, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for June 2, 2006, be continued until Friday, June 9, 2006 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from June 2, 2006, through June 9, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June __1__, 2006          /s/Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

Stip. To Continue Status          1